In the Matter of the Estate of DAVID D. ROUNDS, Deceased.

DAVID G. ROUNDS et al., Appellants; GILBERT W. KLINCK, as Executor of and Trustee under the Will of DAVID D. ROUNDS, Deceased, et al., Respondents.

Argued January 24, 1938; decided March 8, 1938.

624

*Dethloffs E. Klein* for appellants.

*Milton E. Kaeselau* for Gilbert W. Klinck, as executor, etc., et al., respondents.

*Stanley H. Montfort* for Anna J. R. Nordstrom, respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.